# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| M. L.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LESLIE NICHOLS, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02303-BLF<br><br>**ORDER TERMINATING APPOINTMENT OF GUARDIAN AD LITEM** |

On August 12, 2015, the Court provisionally granted Jack Loumena's, Plaintiff's older brother, application for guardian ad litem. ECF 26. On September 10, 2015, Plaintiff filed a notice of appeal indicating that he did not "want [his] brother making any decisions." ECF 39 at 2. In light of Plaintiff's apparent disagreement over his brother's provisional appointment as guardian ad litem and the fact that Plaintiff was turning 18 on November 27, 2015, the Court stayed the case until November 27, 2015. ECF 42.

Since Plaintiff is now 18, and for the clarity of the record, the Court TERMINATES Jack Loumena's provisional appointment as Plaintiff's guardian ad litem.

**IT IS SO ORDERED.**

Dated: December 30, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge